RECEIVED
IN LAKE CHARLES, LA.

JAN 10 2017

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 2:16-00058-01 |
|---|---|
| -vs- | JUDGE MINALDI |
| LEONARD ESPREE (01) | MAGISTRATE JUDGE KAY |

### ORDER

On request of Judge Patricia Minaldi, this case is reassigned to Judge Donald E. Walter.

SIGNED on this 10th day of January, 2017, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT